UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

2019 OCT -4  A 11: 55

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. |
| | : | 3:19 mJ 1446(WIG) |
| v. | : | **FILED UNDER SEAL** |
| LUIS GARCIA | : | |

US DISTRICT COURT
BRIDGEPORT CT

## APPLICATION FOR WRIT OF HABEAS CORPUS
## AD TESTIFICANDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Rahul Kale, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. It is requested that on Thursday, October 10, 2019 at 10:00 A.M. and anytime after, LUIS GARCIA be turned over to the United States Marshal for the District of Connecticut and the Special Agents and Task Force Officers of the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any of his proper deputies, and brought to the Federal Bureau of Investigation, 1000 Lafayette Boulevard, Suite 306, Bridgeport, Connecticut.

2. That the said LUIS GARCIA, is now confined at Bridgeport Correctional Center, Bridgeport, Connecticut, and will be confined on Thursday, October 10, 2019 at Bridgeport Correctional Center, Bridgeport, Connecticut.

3. That it is requested that the said LUIS GARCIA, be produced at the Bridgeport Correctional Center, Bridgeport, Connecticut, and turned over to the United States Marshal for the District of Connecticut and the Special Agents and Task Force Officers of the Bureau

of Alcohol, Tobacco, Firearms and Explosives, or any of his proper deputies on Thursday, October 10, 2019 at 10:00 A.M. and anytime after.

WHEREFORE, your petitioner respectfully prays that the Court may issue its Writ of Habeas Corpus Ad Testificandum to the Warden of Bridgeport Correctional Center, Bridgeport, Connecticut and be turned over to the United States Marshal for the District of Connecticut and the Special Agents and Task Force Officers of the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any of his proper deputies, ordering them to produce the said LUIS GARCIA on Thursday, October 10, 2019 at 10:00 A.M. and anytime after, and to return him to the Warden of Bridgeport Correctional Center, Bridgeport, Connecticut afterwards under proper, safe and secure conduct.

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
1000 LAFAYETTE BOULEVARD, 10TH Floor
BRIDGEPORT, CONNECTICUT 06604
(203) 696-3000
FEDERAL BAR NO. phv02526