**DOCKET NO.** 3·19 mj 1446 (W16)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, BRIDGEPORT CORRECTIONAL CENTER, BRIDGEPORT, CONNECTICUT, TO TURN OVER TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT AND THE SPECIAL AGENTS AND TASK FORCE OFFICERS OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut and the Special Agents and Task Force Officers of the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any of his proper deputies, the body of **LUIS GARCIA, Inmate No. 420072,** now detained under your custody as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut and the Special Agents and Task Force Officers of the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any of his proper deputies, may bring said **LUIS GARCIA, Inmate No. 420072,**to the Federal Bureau of Investigation, 1000 Lafayette Boulevard, Suite 306, Bridgeport, Connecticut on Thursday, October 10, 2019 at 10:00 A.M. and anytime after. The United States Marshal for the District of Connecticut and the Special Agents and Task Force Officers of the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any of his proper deputies are to keep and maintain the said **LUIS GARCIA, Inmate No. 420072**, until he may be returned to the custody of the Warden of Bridgeport Correctional Center, Bridgeport, Connecticut.

ROBERTA D. TABORA
CLERK, U.S. DISTRICT COURT

The foregoing Writ is hereby allowed. Dated at Bridgeport, Connecticut, this ___4___ day of October, 2019.

/s/ William I. Garfinkel, USMJ

_____
HON. WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

_Rita Payton_
DEPUTY CLERK

True Copy
ATTEST:
ROBIN D. TABORA
Clerk U.S. District Court
By_Rita Payton_
Deputy Clerk